■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL HOLMES, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated October 1, 1965, dismissed. An order denying a motion for resentence is not appealable (*People* v. *Brown*, 26 A D 2d 779). However, we have examined the record and considered, defendant's contention; and, if we did not dismiss the appeal, we would have affirmed the order (*People* v.

*Gross,* 5 N Y 2d 131; *People* v. *Sullivan,* 3 N Y 2d 196). Beldock, P. J., Ughetta, Rabin, Benjamin and Munder, JJ., concur.